IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CARLA HOGAN,

        Plaintiff,                      No. 3:14-cv-00250-AC

        v.                                ORDER

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

HERNÁNDEZ, District Judge:

    Magistrate Judge John V. Acosta issued a Findings & Recommendation [17] on May 21, 2015, recommending that this Court reverse the Commissioner's final decision denying Ms. Hogan's application for disability insurance benefits and social security insurance, and remand the case for further proceedings. Ms. Hogan timely filed objections [19] to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

When a party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Hogan's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [17]. Accordingly, the Commissioner's final decision denying Ms. Hogan's application for disability insurance benefits and social security insurance is reversed, and the case is remanded for further proceedings.

IT IS SO ORDERED.

DATED this \_\_\_11\_\_\_ day of \_\_\_August\_\_\_, 2015.

_____/s/ Marco Hernández_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER