IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CARLA HOGAN,

        Plaintiff,                       No. 3:14-cv-00250-AC

       v.                                ORDER

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant.

HERNÁNDEZ, District Judge:

        Magistrate Judge John Acosta issued a Findings and Recommendation [34] on May 25, 2016, in which he recommends that the Court grant Hogan's motion [28] for attorney fees under the Equal Access to Justice Act in the amount of $3,344.56.

        Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 – ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [34]. Accordingly, Hogan's motion [28] for attorney fees under the Equal Access to Justice Act is granted in the amount of $3,344.56.

IT IS SO ORDERED.

DATED this \_\_\_5\_\_\_ day of \_\_\_July\_\_\_\_\_, 2016.

_____
MARCO A. HERNÁNDEZ
United States District Judge